Richard F. McGinty, OSB 86071
P.O. Box 12806
Salem, OR 97309
503-371-9636
Fax: 503-371-2879
richard@mcginty-belcher.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT C. VILLARREAL,** | Case No.: 6:17-cv-00310-BR |
| Plaintiff, | ORDER |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

This Court, having considered the Plaintiff's Motion, having reviewed record, and seeing that Defendant had an opportunity to respond but filed no objection to Plaintiff's Motion, finds the requested fee is reasonable and awards Plaintiff an EAJA attorney fee in the amount of $7,143.48 pursuant to 28 U.S.C. § 2412, and $0 for costs and expenses pursuant to 28 U.S.C. § 1920, for at total of $7,143.48, subject to debt owed the U.S. Government pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). If Plaintiff has no such Treasury debt then the EAJA fee check shall be made out to Plaintiff's attorney Richard F. McGinty, and mailed to Plaintiff's attorney at: PO Box 12806, Salem, OR 97309-0806. If Plaintiff has a Treasury debt then the check for any remaining funds after offset of the Treasury

debt shall be made out to Plaintiff and mailed to Plaintiff's attorney at the address indicated above.

IT IS SO ORDERED.

DATED: June 12, 2018.

/s/ Marco Hernandez
United States District Court Judge

Presented by:
Richard F. McGinty OSB #86071
503-371-9636
Of Attorneys for Plaintiff